IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SCS GENERAL CONTRACTORS, INC.                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:07cv709-DPJ-JCS

BARNHILL'S BUFFET, INC., et al.                                           DEFENDANTS

## ORDER

A defendant in this action has failed a Suggestion of Bankruptcy.  Accordingly, this case is hereby administratively closed.  Should Plaintiff desire to do so, it may seek a lift of the automatic stay with regard to this action in the Bankruptcy Court handling the bankruptcy of the aforementioned defendant.  If the bankruptcy stay is lifted, Plaintiff shall file a motion requesting that this action be reopened and returned to the active docket of the court.

SO ORDERED this the 16th day of April, 2008.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE